```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 26734
    SUSANNE DENISE KING
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-1362


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/06/2008 and was not confirmed.

     The case was dismissed without confirmation 01/14/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AMERICAN EXPRESS           UNSECURED          1572.17          .00            .00
AMERICAN EXPRESS           UNSECURED          2130.97          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1028.90          .00            .00
ECAST SETTLEMENT CORP      UNSECURED           700.79          .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1410.10          .00            .00
GE CONSUMER FINANCE        UNSECURED          1301.98          .00            .00
B-LINE LLC                 UNSECURED          5220.66          .00            .00
WORLD FINANCIAL NETWORK    UNSECURED          1243.52          .00            .00
FIDELITY INVESTMENTS       UNSECURED        NOT FILED          .00            .00
PROSPER MARKETPLACE INC    UNSECURED        NOT FILED          .00            .00
SALUTE                     UNSECURED        NOT FILED          .00            .00
STAR ADVANCE               UNSECURED        NOT FILED          .00            .00
MTE FINANCIAL              UNSECURED        NOT FILED          .00            .00
THINK CASH                 UNSECURED        NOT FILED          .00            .00
PAYDAY ONE                 UNSECURED        NOT FILED          .00            .00
WACHOVIA BANK OF DELAWAR   UNSECURED          2114.90          .00            .00
PAYDAY                     UNSECURED        NOT FILED          .00            .00
PROSPER MARKETPLACE INC    UNSECURED        NOT FILED          .00            .00
FIDELITY INVESTMENT        UNSECURED        NOT FILED          .00            .00
FINGERHUT                  UNSECURED        NOT FILED          .00            .00
ECAST SETTLEMENT CORP      UNSECURED           528.26          .00            .00
MAGNUM FUNDING INC         UNSECURED        NOT FILED          .00            .00
DRCASH.COM                 UNSECURED           595.00          .00            .00
ECAST SETTLEMENT CORP      UNSECURED           424.48          .00            .00
US DEPT OF EDUCATION       UNSECURED          1496.43          .00            .00
US DEPT OF EDUCATION       UNSECURED          2466.37          .00            .00
US DEPT OF EDUCATION       UNSECURED          3293.93          .00            .00
NORTHWAY BROKER LTD        UNSECURED        NOT FILED          .00            .00
NORTH HARBOR TOWERS        NOTICE ONLY     NOT FILED          .00            .00
FIDELITY INVESTMENT        CURRENT MORTG        .00            .00            .00
DIRECT LOAN SERVICING CE   CURRENT MORTG        .00            .00            .00
LVNV FUNDING               UNSECURED          3728.45          .00            .00
AMERICAN EXPRESS           UNSECURED          8322.81          .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                           .00
TOM VAUGHN                 TRUSTEE                                            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 26734 SUSANNE DENISE KING
```

```
DEBTOR REFUND              REFUND                                          .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                            --------------   --------------
TOTALS                          .00                         .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


     Dated: 03/05/09                    /s/ Tom Vaughn
                                        _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE